**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA,    :   No. 90 WAL 2022

           Respondent               :

                                :   Petition for Allowance of Appeal

           v.                  :   from the Order of the Superior Court

                                :

TERRELL LAMONT CHILDS,        :

           Petitioner               :


## **ORDER**


**PER CURIAM**

      **AND NOW**, this 7th day of September, 2022, the Petition for Allowance of Appeal is **DENIED**.